HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY DOMINICK, | ) Civil No. C07-03371 PJH |
| Plaintiff, | ) |
| v. | ) ~~STIPULATION AND~~ ORDER |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | ) |
| Defendant. | ) |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have an extension of time of (30) days up through and including Monday, February 18, 2008 in which to e-file his Motion for Summary Judgment. This extension is necessitated by the number of other cases (12) Plaintiff's counsel currently has before the district court that also require briefing around this time period.

1

STIPULATION AND ORDER

|   |   |
|---|---|
|   | SCOTT N. SCHOOLS<br>United States Attorney |
|   | (verbal authorization given via telephone) |
| Dated: January 14, 2008 | /s/<br>THEOPHOUS H. REAGANS<br>Assistant U.S. Attorney |
|   |   |
| Dated: January 14, 2008 | /s/<br>HARVEY P. SACKETT<br>Attorney for Plaintiff<br>ANTHONY DOMINICK |

IT IS SO ORDERED.

Dated:   January 15, 2008

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2

STIPULATION AND ORDER