HARVEY P. SACKETT (72488)

SACKETT
AND ASSOCIATES
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY DOMINICK, | ) Civil No. C07-03371 PJH |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER |
| MICHAEL J. ASTRUE,<br>Commissioner,<br>Social Security Administration, | ) |
| Defendant. | ) |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a second extension of time of (30) days up through and including Wednesday, March 19, 2008 in which to e-file his Motion for Summary Judgment. This extension is necessitated by the number of other cases (13) Plaintiff's counsel currently has before the district court that also require briefing around this time period.

1

STIPULATION AND ORDER

1
2      JOSEPH P. RUSSONIELLO
       United States Attorney
3
4
5  Dated: February 12, 2008        /s/
6                                  THEOPHOUS H. REAGANS
                                   Assistant U.S. Attorney
7
8
9
10 Dated: February 12, 2008        /s/
11                                 HARVEY P. SACKETT
                                   Attorney for Plaintiff
12                                 ANTHONY DOMINICK
13
14
   IT IS SO ORDERED.
15
16
17 Dated: 3/7/08
18                                 HON. _____
                                   United States _____
19
20

*[Seal: United States District Court, Northern District of California — IT IS SO ORDERED, Judge Phyllis J. Hamilton]*

2

STIPULATION AND ORDER