1   JOSEPH  P. RUSSONIELLO
    United States Attorney
2   LUCILLE GONZALES MEIS
    Regional Chief Counsel, Region IX
3   Social Security Administration
    THEOPHOUS H. REAGANS, CBN 189450
4   Special Assistant United States Attorney

5       333 Market Street, Suite 1500
        San Francisco, California 94105
6       Telephone:  (415) 977-8943
        Facsimile:  (415) 744-0134
7
    Attorneys for Defendant
8
                        UNITED STATES DISTRICT COURT
9
                       NORTHERN DISTRICT OF CALIFORNIA
10

11

12  ANTHONY DOMINICK,                    )        CIVIL NO. 07-03371
                                         )
13          Plaintiff,                   )
                                         )        STIPULATION FOR EXTENSION OF TIME
14          v.                           )        TO RESPOND TO PLAINTIFF'S MOTION
                                         )        FOR SUMMARY JUDGMENT AND
15  MICHAEL J. ASTRUE,                   )        ~~PROPOSED~~ ORDER
    Acting Commissioner of              )
16  Social Security,                     )
                                         )
17          Defendant.                   )
    _____)
18

19          The parties hereby stipulate by counsel, with the Court's approval, as indicated by

20  issuance of the attached Order, that Defendant shall have an extension of time of 30 days to

21  respond to Plaintiff's motion for summary judgment.  The due date for filing Defendant's

22  response is May 14, 2008.  Counsel apologizes for any inconvenience caused by the delay in

23  filing a response.

24          The parties further stipulate that the Court's Scheduling Order shall be modified

25  accordingly.

26  ///

27  ///

28  ///

1

2

3   Dated: April 14, 2008                    /s/ Harvey P. Sackett
                                             (As authorized via telephone)
4                                            HARVEY P. SACKETT
                                             Attorney for Plaintiff
5
                                             JOSEPH  P. RUSSONIELLO
6                                            United States Attorney
                                             LUCILLE GONZALES MEIS
7                                            Regional Chief Counsel, Region IX

8

9   Dated: April 14, 2008          By:      /s/ Theophous H. Reagans
                                             THEOPHOUS H. REAGANS
10                                           Special Assistant United States Attorney

11

12

13  PURSUANT TO STIPULATION, IT IS SO ORDERED.

14

15  Dated:  5/7/08

16                                           PHY
                                             Unite
17

18

19

20

21

22

23

24

25

26

27

28